# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA v. Dr. Jasminka Kostic     Case Number: 19 CR 352

An appearance is hereby filed by the undersigned as attorney for:
Dr. Jasminka Kostic

Attorney name (type or print):  Christopher T. Grohman

Firm:     Benesch Friedlander Coplan & Aronoff LLP

Street address:     71 South Wacker Drive, Ste. 1600

City/State/Zip:     Chicago, IL 60606

Bar ID Number:  6312144                    Telephone Number:     312.212.4943
(See item 3  in instructions)

Email Address: cgrohman@beneschlaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.     ☐ Retained Counsel

☒ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☒ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 9, 2024

Attorney signature:     S/ Christopher T. Grohman
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023